UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RAYMOND SMITHERS,                      )
                                       )
              Plaintiff,               )
                                       )
       v.                              )        No. 4:20-cv-00009-SEB-DML
                                       )
TOWN OF CLARKSVILLE, et al.            )
                                       )
              Defendants.              )

## Order Striking Rule 26 Disclosures

According to Federal Rule of Civil Procedure 5(d), disclosures made under

Rule 26(a)(1) "must not be filed until they are used in the proceeding or the court

orders filing." Therefore, the court STRIKES plaintiff's Rule 26 initial disclosures

(Dkt. 18) filed April 9, 2020, but acknowledges they were served.


So ORDERED.

Date: 4/10/2020

*Debra McVicker Lynch*

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system